UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 07-251** |
| v. | * | SECTION: "R" |
| **CHRISTOPHER BLAND** | * | |
| | * * * | |

### O R D E R

Considering the foregoing

**IT IS HEREBY ORDERED** that the defendant be given a three level decrease in his sentencing guidelines for acceptance of responsibility.

_____
UNITED STATES DISTRICT JUDGE
12/12/07